UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHRISTIE M. LEE,  )
    Plaintiff,  )
    )  **JUDGMENT IN A CIVIL CASE**
v.  )
    )  **CASE NO. 5:15-CV-142-D**
CAROLYN W. COLVIN, Acting Commissioner of  )
Social Security,  )
    Defendant.  )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court SUSTAINS defendant's objections [D.E. 34] to the M&R and DECLINES to adopt the M&R's recommendation concerning Mascio. Plaintiffs motion for judgment on the pleadings [D.E. 26] is DENIED, defendant's motion for judgment on the pleadings [D.E. 30] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on February 29, 2016, and Copies To:**

| | |
|---|---|
| Lawrence Wittenberg | (via CM/ECF Notice of Electronic Filing) |
| Jeannette M. Mandycz | (via CM/ECF Notice of Electronic Filing) |
| Mark J. Goldenberg | (via CM/ECF Notice of Electronic Filing) |

DATE:                                           JULIE RICHARDS JOHNSTON, CLERK

February 29, 2016                     (By) /s/ Nicole Briggeman
                                                  Deputy Clerk